# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2015

149886(21)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC:  149886
                              COA:  320758

DANA ABLEIGH WEEKS, SR.,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

Wayne CC:  12-010133-FH



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



p0518

Clerk